1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       Fax: (415) 436-6748
        Victoria.Carradero@usdoj.gov
7
   Attorneys for the United States of America
8
   SUSAN M. BENSON (SBN 146837)
9  Susan M. Benson & Associates, LLP

10      6345 Balboa Boulevard, Suite 384
        Encino, CA 91316
11      Telephone: 818-708-1250
        Fax: 818-708-1444
12      Email: Sbenson@bensonlegal.Net

13 Attorneys for Plaintiff Farmers Insurance Exchange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMERS INS. EXCHANGE, | CASE NO. C 13-3148 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STIP AND [PROPOSED] ORDER TO CONTINUE CMC    - 1 -
Case No. C 13-3148 SC

1   Plaintiff Farmers Insurance Exchange and the United States of America, by and through their
2   undersigned attorneys, hereby stipulate as follows.
3   The parties have a Case Management Conference ("CMC") scheduled for February 21, 2014
4   with a CMC statement due February 14, 2014. Defendant's counsel is out of the office due to a family
5   emergency. Accordingly, the parties stipulate and request that the Court grant a brief two week
6   continuance with the CMC statement due February 28, 2014 and the CMC conference on March 7,
7   2014.
8   **SO STIPULATED.**

Respectfully submitted,

SUSAN M. BENSON & ASSOCIATES, LLP
DATED: February 13, 2014    _____/S/_____
 SUSAN M. BENSON
 Attorneys for Plaintiff

MELINDA L. HAAG
United States Attorney
DATED: February 13, 2014    _____/S/_____
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for the United States of America

*I, Victoria R. Carradero, attest that I have obtained concurrence in the filing of this document from Plaintiff's counsel, Ms. Benson.

       /s/_____
VICTORIA R. CARRADERO
Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 02/14/2014    _____

HONORABLE
UNITED STATES DISTRICT JUDGE


STIP AND [PROPOSED] ORDER TO CONTINUE CMC   - 2 -
Case No. C 13-3148 SC