MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the United States of America

SUSAN M. BENSON (SBN 146837)
Susan M. Benson & Associates, LLP

    6345 Balboa Boulevard, Suite 384
    Encino, California 91316
    Telephone: (818) 708-1250
    Facsimile:  (818) 708-1444
    Email:  SBenson@bensonlegal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-03148 SC<br>Related Case No. 13-03444 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND JOINT STATUS REPORT DEADLINE**<br><br>IT IS SO ORDERED AS MODIFIED |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
C 13-03148 SC
Related Case No. 13-03444 SC                 1

1  Plaintiff, Farmers Insurance Exchange, and Defendant, the United States of America, by and
2 through their undersigned attorneys, hereby stipulate as follows:

3  1. At the initial case management conference held on March 7, 2014, the Court directed the
4 parties to file a stipulation and proposed order for mediation once they agreed on a potential mediator.
5 The parties held phone conferences with the ADR Program Legal Staff on April 7, 2014, and June 10,
6 2014. Due to a procedural misunderstanding, however, the parties did not file their stipulation and
7 proposed order for mediation until today, June 11, 2014. *See* ECF No. 26.

8  2. At the March 7, 2014, initial case management conference, the Court also set a further
9 status conference for Friday, June 20, 2014, at 10 a.m., and ordered the parties to file an updated status
10 report by June 13, 2014. ECF No. 31.

11  3. Because the parties have not had an opportunity to engage in the ADR process to date,
12 they have requested a period of 90 days in which to schedule mediation and conduct limited discovery to
13 facilitate meaningful discussions. In light of these circumstances, the parties respectfully request that
14 the Court continue the status conference scheduled for June 20, 2014, to September 26, 2014, or such
15 later date as the Court's calendar permits.

16  4. The parties will work in good faith to mediate the case prior to a further status conference
17 on September 26, 2014, or such later date as the Court may set.

18  5. Accordingly, the parties hereby agree and stipulate to a continuance of the status
19 conference scheduled to September 26, 2014, and the related joint status report deadline to September
20 19, 2014, or such later date as the Court may set, and request that the Court order the same.

21  **SO STIPULATED.**

22 DATED: June 11, 2014                             Respectfully submitted,

23                                                  MELINDA HAAG
                                                    United States Attorney
24
                                                     /s/ *Michelle Lo*
25                                                  MICHELLE LO
                                                    Assistant United States Attorney
26                                                  Attorneys for the United States of
                                                    America
27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
C 13-03148 SC
Related Case No. 13-03444 SC                  2

1  DATED: June 11, 2014                              SUSAN M. BENSON & ASSOCIATES, LLP

2                                                     /s/ *Susan M. Benson*
                                                      SUSAN M. BENSON
3                                                     Attorney for Plaintiff

4
*I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from Plaintiff's
5
counsel, Susan Benson.
6
                                                      /s/ *Michelle Lo*
7                                                     Michelle Lo

8
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
9
                                                                                    November 14,
The further status conference scheduled for June 20, 2014, at 10 a.m. is continued to ~~September 26~~,
10
2014, at 10 a.m.  The parties shall file a joint status report at least seven days prior to the conference.
11

12

13  DATED: 06/12/2014

14                                                    The Honorable Samuel Conti
                                                      United States District Judge
15                                                    *IT IS SO ORDERED AS MODIFIED*
                                                      *Judge Samuel Conti*
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
C 13-03148 SC
Related Case No. 13-03444 SC                     3